## CORBETT, GUARDIAN *v.* STERGIOS, AKA STERYIAKIS.

No. 179. Argued April 27, 1965.—Decided May 3, 1965.

*Robert R. Eidsmoe* argued the cause for appellant. With him on the briefs was *George S. Porikos.*

*Phillip S. Dandos* argued the cause for appellee. With him on the brief was *Harry H. Smith.*

PER CURIAM.

In light of our construction of the Treaty of Friendship, Commerce and Navigation between the United States and the Kingdom of Greece, signed August 3, 1951, effective October 13, 1954,* a construction confirmed by representations of the signatories whose views were not available to the Supreme Court of Iowa, the judgment is reversed. *Clark* v. *Allen,* 331 U. S. 503.

---

*5 U. S. Treaties and Other International Agreements 1829; T. I. A. S. No. 3057.